ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>          Plaintiff,<br>vs.<br>SAFARI HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; AND SFR INVESTMENTS POOL 1, LLC,<br><br>          Defendants. | Case No. 2:16-cv-02542-RFB-CWH<br><br>**STIPULATION AND ORDER FOR SECURITY OF COSTS** |

Plaintiff Nationstar Mortgage LLC (**Nationstar**), and Defendant SFR Investments Pool 1, LLC (**SFR**) hereby stipulate and agree as follows:

1. Pursuant to NRS 18.130(1) and the SFR's Demand for Security of Costs Pursuant to NRS 18.130(1) filed by SFR on November 28, 2016 [Dkt. No. 10], is granted.

2. Nationstar shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 as to Defendant SFR within fourteen (14) days of the entry of this order.

. . .

. . .

. . .

. . .

{40201693;1}                                                         1

DATED this 12th day of December, 2016.

| AKERMAN LLP | KIM GILBERT EBRON |
|---|---|
| */s/ Rex D. Garner*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Nationstar Mortgage LLC* | */s/ Karen L. Hanks*<br>DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for Defendant SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES** MAGISTRATE **JUDGE**

DATED: December 13, 2016

{40201693;1}                              2