**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
sanderson@leachjohnson.com
rhastings@leachjohnson.com
*Attorneys for Defendant,*
*Safari Homeowners' Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SAFARI HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; AND SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02542-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SAFARI HOMEOWNERS' ASSOCIATION TO FILE ITS RESPONSE TO NATIONSTAR'S MOTION FOR SUMMARY JUDGMENT**<br>**[ECF No. 40]**<br><br>**(First Request)** |

Plaintiff Nationstar Mortgage, LLC ("Nationstar"), and Defendant Safari Homeowners' Association (collectively "The Parties"), by and through their counsel of record, stipulate as follows:

1. The Parties' stipulate and agree to extend the deadline for Safari to file its Response to Nationstar's Motion for Summary Judgment [ECF No.40] which was filed on January 3, 2018, to and including Wednesday, January 31, 2018;

2. This is the first request for an extension of time for Safari to file its Response to the Motion for Summary Judgment [ECF No.40; and,

/ / /

/ / /

/ / /

/ / /

-1-

3. The Parties' request for this extension is not intended to cause any delay or prejudice to any party. Rather, this brief extension will accommodate the schedule of counsel and their conflicts with the current deadlines.

Dated: January 24, 2018.      Dated: January 24, 2018.

**LEACH JOHNSON SONG & GRUCHOW**      **AKERMAN LLP**

*/s/ Ryan D. Hastings*      */s/ Rex Garner*

| | |
|---|---|
| Sean L. Anderson | Ariel Stern |
| Nevada Bar No. 7259 | Nevada Bar No. 8276 |
| Ryan D. Hastings | Rex Garner |
| Nevada Bar No. 12394 | Nevada Bar No. 9401 |
| 8945 W. Russell Road, Suite 330 | 1635 Village Center Circle, #200 |
| Las Vegas, Nevada 89148 | Las Vegas, NV 89134 |
| *Attorneys for Defendant,* | *Attorneys for Plaintiff,* |
| *Safari Homeowners' Association* | *Nationstar Mortgage LLC.* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge
January 25, 2018

-2-