ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC<br><br>Plaintiff,<br><br>vs.<br><br>SAFARI HOMEOWNERS ASSOCIATION, NEVADA ASSOCIATION SERVICES, LLC; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02542-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO SAFARI HOMEOWNERS' ASSOCIATION'S RENEWED MOTION TO DISMISS [ECF NO. 57] (First Request)** |

Plaintiff Nationstar Mortgage LLC and Defendant Safari Homeowners' Association, by and through their respective counsel of record, stipulate as follows:

1. Nationstar and Safari stipulate to extend the deadline for Nationstar to file its opposition to Safari's renewed motion to dismiss Nationstar's complaint, filed on August 22, 2018, from September 5, 2018 to September 12, 2018—the same date on which Nationstar's opposition to Safari's renewed motion for summary judgment is due;

2. This is the first request for an extension of time for Nationstar to file its opposition to Safari's renewed motion to dismiss; and

3. Nationstar and Safari agree this extension is not intended to cause delay or prejudice any party, but to accommodate counsel's schedule and conflicts with the current deadline.

1

Dated: September 4, 2018

Dated: September 4, 2018

**Akerman LLP**

**LEACH JOHNSON SONG & GRUCHOW**

*/s/ Rex D. Garner, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*/s/ Ryan D. Hastings, Esq.*
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
RYAN D. HASTINGS, ESQ.
Nevada Bar No. 12394
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148

*Attorneys for Nationstar Mortgage LLC*

*Attorneys for Safari Homeowners' Association*

**ORDER**

IT IS SO ORDERED

DATED: __September 6__, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court