**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone:  (702) 538-9074
Facsimile:  (702) 538-9113
sanderson@leachjohnson.com
rhastings@leachjohnson.com
*Attorneys for Defendant Safari Homeowners' Association*

# IN THE UNITED STATE DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SAFARI HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; AND SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.:    2:16-cv-02542-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY TO NATIONSTAR'S RESPONSE [ECF NO. 73]**<br><br>**(First Request)** |

Plaintiff Nationstar Mortgage LLC and Defendant Safari Homeowners' Association, by and through their respective counsel of record, stipulate as follows:

1. Nationstar and Safari stipulate to extend the deadline for Safari to file its reply to Nationstar's response to Safari's renewed motion to dismiss Nationstar's complaint, filed on September 12, 2018, from September 19, 2018 to September 26, 2018;

2. This is the first request for an extension of time for Safari to file its opposition to Nationstar's response to Safari's renewed motion to dismiss; and

/ / /

/ / /

/ / /

-1-

3. Nationstar and Safari agree this extension is not intended to cause delay or prejudice any party, but to accommodate counsel's schedule and conflicts with the current deadline.

Dated: September 19, 2018                    Dated: September 19, 2018

**Akerman LLP**                              **LEACH JOHNSON SONG & GRUCHOW**

*/s/ Rex D. Garner, Esq.*                    */s/ Ryan D. Hastings, Esq.*

ARIEL E. STERN, ESQ.                         SEAN L. ANDERSON, ESQ.
Nevada Bar No. 8276                          Nevada Bar No. 7259
REX D. GARNER, ESQ.                          RYAN D. HASTINGS, ESQ.
Nevada Bar No. 9401                          Nevada Bar No. 12394
1635 Village Center Circle, Suite 200        8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89134                      Las Vegas, Nevada 89148
*Attorneys for Nationstar Mortgage LLC*      *Attorneys for Safari Homeowners' Association*

## **ORDER**

**IT IS SO ORDERED** this  23rd day of September, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court