ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC<br><br>Plaintiff,<br><br>vs.<br><br>SAFARI HOMEOWNERS ASSOCIATION, NEVADA ASSOCIATION SERVICES, LLC; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02542-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE REPLIES SUPPORTING SUMMARY JUDGMENT MOTIONS (First Request)** |

Plaintiff Nationstar Mortgage LLC (**Nationstar**) and Defendants Safari Homeowners' Association (**Safari**) and SFR Investments Pool 1, LLC (**SFR**), by and through their respective counsel of record, stipulate as follows:

1. Nationstar, Safari, and SFR stipulate to extend the deadline for Nationstar to file its reply supporting motion for partial summary judgment (ECF No. 59) and in response to Safari's and SFR's oppositions (ECF Nos. 76 and 77) from **September 27, 2018** to **October 11, 2018**;

2. The parties also agree to extend the deadline for Safari and SFR to file replies in support of their summary judgment motions to October 11, 2018;

3. This is the first request for an extension of time on these reply briefs;

4. The parties agree these extensions are not intended to cause delay or prejudice, but to

1

accommodate counsel's schedule and conflicts with the current deadline.

Dated: September 25, 2018

**Akerman LLP**

*/s/ Rex D. Garner, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Nationstar Mortgage LLC*

Dated: September 25, 2018

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Ryan D. Hastings, Esq.*
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
RYAN D. HASTINGS, ESQ.
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, Nevada 89128
*Attorneys for Safari Homeowners' Association*

Dated: September 25, 2018

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 59139
*Attorneys for SFR Investments Pool 1, LLC*

IT IS SO ORDERED, this  27th  day of September, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court

2