1  DIANA S. EBRON, ESQ.
   Nevada Bar No. 10580
2  E-mail: diana@kgelegal.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-mail: jackie@kgelegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-mail: karen@kgelegal.com
   KIM GILBERT EBRON
6  *fka Howard Kim & Associates*
   7625 Dean Martin Drive, Suite 110
7  Las Vegas, Nevada 89139
   Telephone: (702) 485-3300
8  Facsimile: (702) 485-3301
   *Attorneys for SFR Investments Pool 1, LLC*

9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No. 2:16-cv-02542-RFB-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE REPLY BRIEFS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT [ECF Nos. 56, 58, 59]** |
| SAFARI HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC, | |
| Defendants. | **(Second Request)** |
| SFR INVESTMENTS POOL 1, LLC, | |
| Counter/Cross Claimant, | |
| vs. | |
| NATIONSTAR MORTGAGE, LLC; U.S. BANK, N.A. as trustee, for the benefit of HARBORVIEW 2005-8 TRUST FUND; CARLOS BOLANOS, an individual; | |
| Counter/Cross Defendants. | |

24   SFR Investments Pool 1, LLC ("SFR"), Safari Homeowners Association and Nationstar

25  Mortgage, LLC (the "Parties") hereby stipulate that the Parties shall have until October 16, 2018

26  to file their respective replies in support of motions for summary judgment. [ECF NOs. 56, 58,

27  59]. The current deadline is October 11, 2018.

28         This is the second request for an extension of this deadline and is not intended to cause

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

any delay or prejudice to any party. Counsel for SFR had an unexpected trip to D.C. this week, and will not be back in town until after the current deadline.

DATED October 11, 2018.

| | |
|---|---|
| **KIM GILBERT EBRON** | **LEACH KERN GRUCHOW ANDERSON SONG** |
| */s/ Karen L. Hanks*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | */s/ Ryan Reed*<br>RYAN REED, ESQ.<br>Nevada Bar No. 11695<br>2525 Box Canyon Drive<br>Las Vegas, Nevada 89128<br>*Attorney for Safari Homeowners Association* |
| **AKERMAN LLP**<br><br>*/s/ Rex Garner*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>REX GARNER, ESQ.<br>Nevada Bar No. 9401<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Bank of New York Mellon as Trustee* | |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court

Dated: October 15, 2018.

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

- 2 -