**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
E-mail: sanderson@lkglawfirm.com
RYAN D. HASTINGS
Nevada Bar No. 12394
E-mail: rhastings@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone:  (702) 538-9074
Facsimile:  (702) 538-9113
*Attorneys for Defendant Safari Homeowners' Association*

# IN THE UNITED STATE DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SAFARI HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; AND SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.:  2:16-cv-02542-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF RENEWED MOTION FOR SUMMARY JUDGMENT [ECF NO. 58]**<br><br>**(Third Request)** |

Plaintiff Nationstar Mortgage LLC and Defendant Safari Homeowners' Association, by and through their respective counsel of record, stipulate as follows:

1. Nationstar and Safari stipulate to extend the deadline for Safari to file its reply in support of Safari's renewed Motion for Summary Judgment, from October 16, 2018 to October 28, 2018;

2. This is the third request for an extension of time for Safari to file its reply in support of Safari's renewed Motion for Summary Judgment; and

/ / /

/ / /

/ / /

-1-

3. Nationstar and Safari agree this extension is not intended to cause delay or prejudice any party, but to accommodate an inadvertent calendaring error.

Dated: October 22, 2018                                  Dated: October 22, 2018

**AKERMAN, LLP**                                         **LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Rex D. Garner*                                      */s/ Ryan D. Hastings*

ARIEL E. STERN                                           SEAN L. ANDERSON
Nevada Bar No. 8276                                      Nevada Bar No. 7259
REX D. GARNER                                            RYAN D. HASTINGS
Nevada Bar No. 9401                                      Nevada Bar No. 12394
1635 Village Center Circle, Suite 200                    8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89134                                  Las Vegas, Nevada 89148
*Attorneys for Nationstar Mortgage LLC*                  *Attorneys for Safari Homeowners' Association*

## **ORDER**

**IT IS SO ORDERED** this 23rd day of October, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court