ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC
And U.S. Bank, as Trustee for the Benefit of
Harborview 2005-8 Trust Fund*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC<br><br>Plaintiff,<br><br>vs.<br><br>SAFARI HOMEOWNERS ASSOCIATION, NEVADA ASSOCIATION SERVICES, LLC; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02542-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY TO SFR'S OPPOSITION TO NATIONSTAR AND U.S. BANK'S MOTION FOR SUMMARY JUDGMENT (First Request)** |
| AND RELATED CASES | |

Nationstar Mortgage LLC (**Nationstar**), U.S. Bank, as Trustee for the Benefit of Harborview 2005-8 Trust Fund (**U.S. Bank**), and SFR Investments Pool 1, LLC (**SFR**), by and through their respective counsel of record, stipulate as follows:

1. Nationstar and U.S. Bank filed a motion for summary judgment on August 2, 2019. (ECF No. 109.)

2. In response, SFR filed an opposition, a countermotion to strike, and a countermotion for Federal Rule of Civil Procedure 56(d) relief. (ECF Nos. 117, 118, and 119.)

/ / /

1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3. SFR filed a motion for summary judgment on August 2, 2019. (ECF No. 113; corrected image, ECF No. 114).

4. In response, Nationstar and U.S. Bank filed a response on August 16, 2019. (ECF No. 116.)

5. Nationstar and U.S. Bank's reply brief and SFR's reply brief supporting their motions for summary judgment are due to be filed on August 23, 2019, while Nationstar and U.S. Bank's oppositions to SFR's countermotions are due to be filed on August 30, 2019.

6. Nationstar, U.S. Bank, and SFR agree to move the deadline for SFR, Nationstar, and U.S. Bank to file their replies supporting the motions for summary judgment to August 30, 2019.

7. Nationstar, U.S. Bank, and SFR further agree this extension is not intended to cause delay or prejudice any party, but to allow the parties to fully address the arguments raised in the motion and to allow Nationstar and U.S. Bank to consolidate its responses.

Dated: August 23, 2019

**AKERMAN LLP**

*/s/ Rex D. Garner, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Nationstar Mortgage LLC and U.S. Bank*

Dated: August 23, 2019

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron, Esq.*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

IT IS SO ORDERED, this  26th  day of August, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
Case No.: 2:16-cv-02542-RFB-DJA

2