DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@KGElegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@KGElegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@KGElegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SAFARI HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC,<br><br>　　　　　Defendants.<br>_____<br>SFR INVESTMENTS POOL 1, LLC,<br><br>　　　　　Counter/cross-claimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC; U.S. BANK, N.A. as Trustee, for the Benefit of HARBORVIEW 2005-8 TRUST FUND; CARLOS BOLANOS, an individual,<br><br>　　　　　Counter/cross-defendant. | Case No. 2:16-cv-02542-RFB-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION TO STRIKE AND FOR FRCP 56(d) RELIEF [ECF NOS. 148, 149]** |

　　　　SFR Investments Pool 1, LLC ("**SFR**"), Nationstar Mortgage, LLC ("**Nationstar**"), and U.S. Bank, as Trustee for the Benefit of Harborview 2005-8 Trust Fund ("**U.S. Bank**"), hereby stipulate and agree that SFR shall have an additional seven (7) days, up to and including **August**

- 1 -

**17, 2020**, to file its reply in response to the Nationstar's and U.S. Bank's opposition to SFR's motion to strike and motion for FRCP Rule 56(d) relief (the "**opposition**"), which is currently due on August 10, 2020. The Bank's opposition was filed on August 3, 2020.

SFR requests this extension to account for scheduling adjustments due to staffing issues that have transpired since the prior stipulation relating to this briefing was filed. *See* [ECF No. 143].

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

| KIM GILBERT EBRON | AKERMAN LLP |
|---|---|
| */s/ Diana S. Ebron* <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br> *Attorneys for SFR Investments Pool 1, LLC* | */s/Jamie K. Combs* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br> *Attorneys for Nationstar Mortgage LLC and U.S. Bank, as Trustee for the Benefit of Harborview 2005-8 Trust Fund* |

**ORDER**

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 4th day of August, 2020.

- 2 -