DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SAFARI HOMEOWNERS' ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No.: 2:16-cv-02542-RFB-DJA<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Karen L. Hanks, Esq. and Jason G. Martinez, Esq. are no longer associated with the law firm of KIM GILBERT EBRON. KIM GILBERT EBRON requests that Ms. Hanks and Mr. Martinez be removed from the service list.

…

…

…

…

…

…

KIM GILBERT EBRON continues to serve as counsel for SFR Investments Pool 1, LLC. All pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Diana S. Ebron, Esq. and Jacqueline A. Gilbert, Esq.

Dated this 12th day of August, 2021.

**KIM GILBERT EBRON**

*/s/Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investment Pool 1, LLC*

**ORDER**

IT IS SO ORDERED.

DATED: August 13, 2021

_____
Daniel J. Albregts
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of August 2021, pursuant to FRCP 5, I served via the CM-ECF electronic filing system the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** to the following parties:

| | |
|---|---|
| **Sean L. Anderson**<br>Leach Kern Gruchow Anderson Song<br>2525 Box Canyon Drive<br>Las Vegas, NV 89128<br>(702) 538-9074<br>(702) 538-9113 (fax)<br>sanderson@lkglawfirm.com | **Ryan Warren Reed**<br>Leach Kern Gruchow Anderson Song<br>2525 Box Canyon Drive<br>Las Vegas, NV 89128<br>702-538-9074<br>702-538-9113 (fax)<br>rreed@leachjohnson.com |
| **Ryan D Hastings**<br>Leach Kern Gruchow Anderson Song<br>2525 Box Canyon Drive<br>Las Vegas, NV 89128<br>702-538-9074<br>702-538-9113 (fax)<br>rhastings@leachjohnson.com | **Ariel E. Stern**<br>Akerman LLP<br>1635 VillageCenter Circle<br>Suite 200<br>Las Vegas, NV 89134<br>702-634-5000<br>702-380-8572 (fax)<br>ariel.stern@akerman.com |
| **Melanie D Morgan**<br>Akerman LLP<br>1635 Village Center Cir., Suite 200<br>Las Vegas, NV 89134<br>(702)634-5005<br>(702) 380-8572 (fax)<br>melanie.morgan@akerman.com | **Lilith Xara**<br>Akerman, LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>702-634-5000<br>702-380-8572 (fax)<br>lilith.xara@akerman.com |

*/s/ Tiana Erb*
An employee of KIM GILBERT EBRON