SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: scott.lachman@akerman.com
Email: lilith.xara@akerman.com

*Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC and cross-defendant U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-08 Trust Fund*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>SAFARI HOMEOWNERS ASSOCIATION, NEVADA ASSOCIATION SERVICES, INC., AND SFR INVESTMENTS POOL I, LLC,<br><br>    Defendants.<br><br>AND ALL RELATED CLAIMS. | Case No. 2:16-cv-02542-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |

Nationstar Mortgage LLC and SFR Investments Pool 1, LLC hereby stipulate to extend the dispositive motion deadline for twenty-nine (29) days, from May 15, 2023, to **June 13, 2023**. Counsel for Nationstar anticipates additional unexpected client approval time for this brief. Both parties believe that the evidence and arguments here will be better briefed with additional time.

…

…

{70230085;1}

*Nationstar Mortgage LLC. v. Safari Homeowners Association et al.,*
*2:16-cv-02542-RFB-DJA*

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 3rd day of May 2023.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| /s/ *Lilith V. Xara*_____ | /s/ *Karen L. Hanks*_____ |
| SCOTT R. LACHMAN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 9578 |
| LILITH V. XARA, ESQ. | CHANTEL M. SCHIMMING, ESQ. |
| Nevada Bar No. 13138 | Nevada Bar No. 8886 |
| 1635 Village Center Circle, Suite 200 | ANA P. MURGUIA, ESQ. |
| Las Vegas, NV 89134 | Nevada Bar No. 16284 |
|  | 7625 Dean Martin Drive, Suite 110 |
| *Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC and cross-defendant U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-08 Trust Fund* | Las Vegas, NV 89139 |
|  | *Attorney for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
Case No. 2:16-cv-02542-RFB-DJA
DATED this 4th day of May, 2023.