KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SAFARI HOMEOWNERS ASSOCIATION, NEVADA ASSOCIATION SERVICES, INC., AND SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS | Case No. 2:16-cv-02542-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(Second Request)** |

SFR Investments Pool 1, LLC ("SFR"), and Nationstar Mortgage LLC ("Nationstar"), hereby stipulate and agree that the dispositive motion deadline shall be extended to July 28, 2023. Dispositive motions are currently due June 13, 2023. The extension is requested because SFR is still obtaining the information necessary for the motions and will be supplementing that information this week or next week. SFR's counsel is then out of town from June 14 through June 26.

/ / /

/ / /

/ / /

/ / /

- 1 -

This is the second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 8th day of June, 2023.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| /s/ Scott Lachman | /s/ Karen L. Hanks |
| SCOTT LACHMAN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 9578 |
| LILITH V. XARA, ESQ. | CHANTEL M. SCHIMMING, ESQ. |
| Nevada Bar No. 13138 | Nevada Bar No. 8886 |
| 1635 Village Center Circle, Suite 200 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, NV 89134 | Las Vegas, NV 89139 |
| *Attorneys for Nationstar Mortgage LLC* | *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: June 9, 2023