SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: scott.lachman@akerman.com
Email: lilith.xara@akerman.com

*Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC and cross-defendant U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-08 Trust Fund*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SAFARI HOMEOWNERS ASSOCIATION, NEVADA ASSOCIATION SERVICES, INC., AND SFR INVESTMENTS POOL I, LLC, <br><br> Defendants. | Case No. 2:16-cv-02542-RFB-DJA <br><br> **ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** <br><br> **(THIRD REQUEST)** |
| AND ALL RELATED CLAIMS. | |

Nationstar Mortgage LLC and SFR Investments Pool 1, LLC hereby stipulate to extend the dispositive motion deadline for forty-five (45) days, from July 28, 2023, to **September 11, 2023**. Counsel for Nationstar anticipates additional unexpected client approval time for this brief. After discussion between the parties, the deadline for the extension serves to alleviate the concerns of Counsel for Nationstar without interfering with existing deadlines and other matters of counsel for SFR. SFR's counsel will also be out of the jurisdiction from August 10 through August 24. Both parties believe that the evidence and arguments here will be better briefed with additional time.

…

{71892228;1}

*Nationstar Mortgage LLC. v. Safari Homeowners Association et al.,*
*2:16-cv-02542-RFB-DJA*

This is the parties' third request for an extension of this deadline and is not intended to cause any delay or prejudice to any party. The parties do not anticipate any further requests for extensions.

DATED this 25th day of July 2023.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| /s/ Lilith V. Xara | /s/ Karen L. Hanks |
| SCOTT R. LACHMAN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 9578 |
| LILITH V. XARA, ESQ. | CHANTEL M. SCHIMMING, ESQ. |
| Nevada Bar No. 13138 | Nevada Bar No. 8886 |
| 1635 Village Center Circle, Suite 200 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, NV 89134 | Las Vegas, NV 89139 |
| *Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC and cross-defendant U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-08 Trust Fund* | *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No. 2:16-cv-02542-RFB-DJA

DATED: July 26, 2023