KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SAFARI HOMEOWNERS ASSOCIATION, NEVADA ASSOCIATION SERVICES, INC., AND SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS | Case No. 2:16-cv-02542-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE**<br><br>**(First Request)** |

SFR Investments Pool 1, LLC ("SFR"), and Nationstar Mortgage LLC ("Nationstar"), hereby stipulate and agree that SFR's deadline to file its response to motion to substitute (ECF 201) shall be extended to January 11. The response is currently due December 26, 2023. The extension is requested because SFR's counsel will be out of the office and/or out of town between December 20 and December 30.

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

This is the first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 15th day of December, 2023.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Lilith V. Xara*<br>SCOTT LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>LILITH V. XARA, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Nationstar Mortgage LLC* | */s/ Karen L. Hanks*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: December 18, 2023

