1  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
2  E-mail: karen@hankslg.com
   CHANTEL M. SCHIMMING, ESQ.
3  Nevada Bar No. 8886
   E-mail: chantel@hankslg.com
4  HANKS LAW GROUP
   7625 Dean Martin Drive, Suite 110
5  Las Vegas, Nevada 89139
   Telephone: (702) 758-8434
6  *Attorneys for SFR Investments Pool 1, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SAFARI HOMEOWNERS ASSOCIATION, NEVADA ASSOCIATION SERVICES, INC., AND SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No. 2:16-cv-02542-RFB-DJA<br><br>**STIPULATION AND ORDER TO MOVE HEARING TO ALTERNATE DATE**<br><br>**(First Request)** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross-Claimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC U.S. BANK, N.A., as trustee for the benefit of HARBORVIEW 2005-8 TRUST FUND; CARLOS BOLANOS, an individual,<br><br>Counter/Cross-Defendants. | |

SFR Investments Pool 1, LLC ("SFR"), Nationstar Mortgage LLC ("Nationstar"), and U.S. Bank, as Trustee for the benefit of Harborview 2005-8 Trust Fund ("U.S. Bank") hereby stipulate and agree that the hearing set for August 23, 2024 at 12 p.m. [ECF No. 226] be moved to a date

/ / /

- 1 -

available on the Court's calendar. The parties offer the following available dates from their end: August 28, 29 and September 4, 5 and 6.

The request is made because SFR's counsel is out of town on August 23, 2024.

This is the first request to move this hearing and is not intended to cause any delay or prejudice to any party.

DATED this 26th day of July, 2024.

| AKERMAN LLP | HANKS LAW GROUP |
|---|---|
| /s/ Scott Lachman | /s/ Karen L. Hanks |
| SCOTT LACHMAN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 9578 |
| 1635 Village Center Circle, Suite 200 | CHANTEL M. SCHIMMING, ESQ. |
| Las Vegas, NV 89134 | Nevada Bar No. 8886 |
|  | 7625 Dean Martin Drive, Suite 110 |
| Attorneys for Nationstar Mortgage LLC and U.S. Bank as Trustee for the benefit of Harborview 2005-8 Trust Fund | Las Vegas, NV 89139 |
|  | Attorneys for SFR Investments Pool 1, LLC |

### ORDER

IT IS ORDERED the Motion Hearing, currently set for 8/23/2024 is VACATED and the hearing on the following Motions [190], [192], [193], [194] and [220] is RESET to September 5, 2024 at 11:00 a.m.

Dated this 31st day of July, 2024.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge