ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  scott.lachman@akerman.com

*Attorneys for Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAFARI HOMEOWNERS ASSOCIATION, NEVADA ASSOCIATION SERVICES, INC., AND SFR INVESTMENTS POOL I, LLC;<br><br>    Defendants. | Case No.: 2:16-cv-02542-RFB-DJA<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| AND ALL RELATED CLAIMS | |

**TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Bank of America, N.A., provides notice that Melanie D. Morgan, Esq. and Donna M. Wittig, Esq., are no longer associated with the law firm of Akerman LLP.  Akerman LLP continues to serve as counsel for Nationstar Mortgage LLC. in this action.  All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq. and Scott R. Lachman, Esq.

///

81483497;1

DATED: May 20, 2025

**AKERMAN LLP**

*/s/ Scott R. Lachman*
ARIEL E. STERN, ESQ.
Nevada 8276
SCOTT R. LACHMAN ESQ.
Nevada Bar No. 12016
1180 N. Town Center Dr., Suite 290
Las Vegas, Nevada 89144

*Attorneys for Nationstar Mortgage LLC*

IT IS SO ORDERED.

DATED: 5/21/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

81483497;1